# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| JAY SMITH_____ | MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| PLAINTIFF(S), | |
| v. | Civil Action No.: ___7:23-cv-1372_____ |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, | |
| DEFENDANTS. | |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 22_____, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I.    **DEFENDANTS**

1.    Plaintiff(s) name(s) the following Defendants in this action:

X_____    3M Company

X_____    3M Occupational Safety LLC

X_____    Aearo Holding LLC

X_____    Aearo Intermediate LLC

X_____    Aearo LLC

X_____    Aearo Technologies LLC

## II.    **PLAINTIFF(S)**

2.    Name of Plaintiff:

Jay Smith

3.    Name of spouse of Plaintiff (if applicable to loss of consortium claim):

None at this time

4.    Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

None at this time

2

5.    State(s) of residence of Plaintiff(s):

> Florida

## III.    **<u>JURISDICTION</u>**

6.    Basis for jurisdiction (diversity of citizenship or other):

> Diversity of Citizenship

7.    Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

> District of Minnesota

## IV.    **<u>USE OF DUAL-ENDED COMBAT ARMS EARPLUG</u>**

8.    Plaintiff used the Dual-Ended Combat Arms Earplug:

X\_\_\_\_\_    Yes

_____    No

## V.    **<u>INJURIES</u>**

9.    Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

X\_\_\_\_\_    Hearing loss

X\_\_\_\_\_    Sequelae to hearing loss

X\_\_\_\_\_    Other [specify below]

> Tinnitus

## VI.  CAUSES OF ACTION

10.  Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

x_____        Count I – Design Defect – Negligence

x_____        Count II – Design Defect – Strict Liability

x_____        Count III – Failure to Warn – Negligence

x_____        Count IV – Failure to Warn – Strict Liability

x_____        Count V – Breach of Express Warranty

x_____        Count VI – Breach of Implied Warranty

x_____        Count VII – Negligent Misrepresentation

x_____        Count VIII – Fraudulent Misrepresentation

x_____        Count IX – Fraudulent Concealment

x_____        Count X – Fraud and Deceit

x_____        Count XI – Gross Negligence

x_____        Count XII – Negligence Per Se

x_____        Count XIII – Consumer Fraud and/or Unfair Trade Practices

_____        Count XIV – Loss of Consortium

x_____        Count XV – Unjust Enrichment

x_____        Count XVI – Punitive Damages

4

_____   Count XVII – Other [specify below]

```



```

11.   If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

```
None at this time
```

12.   Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

```
None at this time
```

13.    Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

None at this time

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: _____

Respectfully submitted,

/s/ Steve Faries
Steve Faries
Admitted N. D. Fla
N.D. Fla. Bar No. 24040884
Pulaski Kherkher, PLLC
2925 Richmond Ave., Suite 1725
Houston, TX 77098
Telephone: (713) 664-4555
Email: sfaries@pulaskilawfirm.com